KEVIN G. LITTLE, SBN. 149818
ATTORNEY AT LAW
2115 Kern Street, Suite 330
Fresno, California 93721
Telephone: 559/486-5730
Facsimile: 559/486-4759

Attorney for Plaintiff Dennis Lewis

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\*\*\*

| | |
|---|---|
| DENNIS LEWIS,<br><br>    Plaintiff,<br><br>v.<br><br>JERRY WENGERD; FRANK A. TORREZ; COUNTY OF FRESNO, CALIFORNIA; UNKNOWN AGENTS OF FRESNO COUNTY.<br><br>    Defendants.<br>_____ | No. CIV-F-04-6303 OWW DLB<br><br>STIPULATION RE CONTINUANCE OF DISPOSITIVE MOTION FILING DEADLINE; ORDER |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the deadline for filing any dispositive motions may be extended from April 3, 2006 to April 30, 2006.

In Fresno, California, this 20th day of March 2006.

| | |
|---|---|
| KEVIN G. LITTLE<br>Attorney at Law<br>2115 Kern Street, Suite 330<br>Fresno, California 93721<br>Telephone: (559) 486-5730<br>Facsimile: (559) 486-4759 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP<br>P. O. Box 28912<br>5 River Park Place East<br>Fresno, California 93720-1501<br>Telephone: (559) 433-1300<br>Facsimile: (559)433-2300 |
| By: /s/ Kevin G. Little<br>    KEVIN G. LITTLE<br>Attorney for Plaintiff Dennis Lewis | By: /s/ William Littlewood<br>    WILLIAM LITTLEWOOD<br>Attorneys for Defendants<br>County of Fresno, Jerry Wengerd and Frank A. Torrez |

STIPULATION RE CONTINUANCE; ORDER

1 **ORDER**

2 IT IS SO ORDERED.

3 **Dated:   March 23, 2006**          **/s/ Oliver W. Wanger**
  emm0d6                                UNITED STATES DISTRICT JUDGE