Michael G. Woods, # 058683-0                    (SPACE BELOW FOR FILING STAMP ONLY)
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

Attorneys for Defendants
County of Fresno, Jerry Wengerd, and Frank A. Torrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT

| | |
|---|---|
| DENNIS LEWIS, | Case No.  CIV-F-04-6303 OWW DLB |
| Plaintiff, | **STIPULATION TO CONTINUE PENDING DEADLINES/HEARINGS; ORDER** |
| v. | |
| JERRY WENGERD; FRANK A. TORREZ; COUNTY OF FRESNO, CALIFORNIA; UNKNOWN AGENTS OF FRESNO COUNTY, | |
| Defendants. | |

The parties hereto, after conferring through their respective attorneys of record, stipulate and agree, in the above-entitled matter, to the following date changes:

As the parties have been unable to complete discovery due to the trial calendars of the attorneys, good cause exists for continuance of the trial date in this matter.  The parties, therefore, stipulate and agree that the Trial date, Pre-Trial date, Settlement Conference date and other deadlines previously set by this Court are now extended as follows:

1. Filing of Non-Dispositive Motions         September 1, 2006

2. Filing of Dispositive Motions:            October 6, 2006

4. Settlement Conference                     December 19, 2006
                                             at 10:00 a.m. Courtroom #9

CIV-F-04-6303 OWW DLB

PDF created with pdfFactory trial version www.pdffactory.com

|  |  |  |
|---|---|---|
| 6. | Pretrial Conference | February 5, 2007 at 11:00 a.m., Courtroom #3 |
| 7. | Trial: | March 20, 2007 at 1:00 p.m., Courtroom #3 |

Dated: June ___, 2006                               McCORMICK, BARSTOW, SHEPPARD,
                                                                              WAYTE & CARRUTH


By: _____/S/  Michael G. Woods_____
       Michael G. Woods
       Attorneys for Defendant


Dated: June ___, 2006




By:____/S/  Kevin Little_____
       Kevin Little, Esq.
       Attorney for Plaintiff



IT IS SO ORDERED.  **NO FURTHER CONTINUANCES - OWW**

Dated:   __June 23____, 2006           _/s/ OLIVER W. WANGER_____
                                                             Oliver W. Wanger ,
                                                             United States District Court Judge
                                                             Eastern District of California

29253/00148-967025.v1

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST

PDF created with pdfFactory trial version www.pdffactory.com