1  KEVIN G. LITTLE, SBN 149818
   ATTORNEY AT LAW
2  2115 Kern Street, Suite 330
   Fresno, California 93721
3  Telephone: (559) 486-5730
   Facsimile: (559) 486-4759
4  E-mail: fwllaw@aol.com

5  Attorney for Plaintiff Dennis Lewis

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

\*\*\*

| | |
|---|---|
| DENNIS LEWIS, | No. CIV-F-04-6303 OWW DLB |
| Plaintiff, | STIPULATION RE: CONTINUANCE OF PRETRIAL AND TRIAL DATES; ORDER |
| v. | |
| JERRY WENGERD; FRANK A. TORREZ; COUNTY OF FRESNO, CALIFORNIA; UNKNOWN AGENTS OF FRESNO COUNTY, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the following court dates and deadlines may be extended:

| Activity | Old Date | New Date |
|---|---|---|
| Dispositive Motion filing date | October 6, 2006 | January 5, 2007 |
| Settlement Conference | December 19, 2006 | February 27, 2007 |
| Pretrial Conference | February 5, 2007 | April 30, 2007 |
| Trial | March 20, 2007 | June 12, 2007 |

////

In Fresno, California, this 15th day of November 2006.

LAW OFFICE OF KEVIN G. LITTLE
Attorney at Law

/s/ Kevin G. Little

By:
    KEVIN G. LITTLE
Attorney for Plaintiff Dennis Lewis

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

/s/ William H. Littlewood

By:
    WILLIAM LITTLEWOOD
Attorneys for Defendants
County of Fresno, Jerry Wengerd and Frank A. Torrez

**ORDER**

IT IS SO ORDERED.

**Dated:   November 21, 2006**             **/s/ Oliver W. Wanger**
emm0d6                                     UNITED STATES DISTRICT JUDGE

STIPULATION RE: CONTINUANCE; ORDER