1  Michael G. Woods, # 058683-0                    (SPACE BELOW FOR FILING STAMP ONLY)
   William H. Littlewood, #202877
2  McCormick, Barstow, Sheppard
   Wayte & Carruth LLP
3  P.O. Box 28912
   5 River Park Place East
4  Fresno, CA  93720-1501
   Telephone:     (559) 433-1300
5  Facsimile:     (559) 433-2300

6  Attorneys for Defendants
   County of Fresno, Jerry Wengerd, and Frank A. Torrez

7

8                    UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT

10

11  DENNIS LEWIS,                    Case No.  CIV-F-04-6303 OWW DLB

12           Plaintiff,              **STIPULATION TO CONTINUE PENDING
                                     DEADLINES/HEARINGS AND TRIAL ;
13       v.                          ORDER**

14  JERRY WENGERD; FRANK A.
    TORREZ; COUNTY OF FRESNO,
15  CALIFORNIA; UNKNOWN AGENTS
    OF FRESNO COUNTY,
16
             Defendants.
17

18        The parties hereto, through their respective attorneys of record, stipulate and agree, in the

19  above-entitled matter, to further amend the Scheduling Conference Order.

20        WHEREAS the Parties have agreed to mediate the above-captioned action before the

21  Honorable Judge Krum (Ret.) on February 1, 2007;

22        WHEREAS the Parties have agreed to suspend further discovery and the preparation of

23  case dispositive motions as a cost saving measure until such time as this matter is submitted to

24  mediation;

25        WHEREAS a continuance of the pending case deadlines set forth in the operative

26  scheduling order is necessary to effectuate the Parties agreement to suspend discovery and the

27  preparation of case dispositive motions until such time as this matter is submitted to mediation;

28        WHEREAS the Parties wish to preserve their respective rights to complete discovery and

                    STIPULATION TO CHANGE DEADLINES, TRIAL DATE

1    file case dispositive motions should this matter not settle at the upcoming mediation; and

2           WHEREAS the new dates set forth below, including the dates for the pre-trial conference

3    and trial, have been pre-cleared with, and approved by, the Court in this matter.

4           Based on the forgoing, the Parties believe that good cause exists to amend and continue

5    the current case deadlines in this matter as follows:

6

7    1.    Discovery cut off                              June 1, 2007

8    2.    Filing of Non-Dispositive Motions              June 15, 2007

9    3.    Filing of Dispositive Motions:                 July 2, 2007

10   4.    Settlement Conference                          August 30, 2007
                                                          at 10:00 a.m., Courtroom #9
11

12   5.    Pretrial Conference                            October 1, 2007
                                                          at 11:00 a.m., Courtroom #3
13

14   6.    Trial:                                         November 6, 2007
                                                          at 1:00 p.m., Courtroom #3

15

16   Dated: January  19, 2007               McCORMICK, BARSTOW, SHEPPARD,
                                                WAYTE & CARRUTH
17
                                            By: __/s/ William H. Littlewood____
18                                                 Michael G. Woods
                                                   William H. Littlewood
19                                                 Attorneys for Defendant

20

21   Dated: January  22, 2007               LAW OFFICE OF KEVIN G. LITTLE

22
                                            By:   /s/ Kevin G. Little
23                                                 Kevin G. Little, Esq.
                                                   Attorney for Plaintiff
24

25   IT IS SO ORDERED.

26   Dated:  1/24/2007                      /s/ Oliver W. Wanger
                                            Oliver W. Wanger ,
27                                          United States District Court Judge
                                            Eastern District of California
28

PDF created with pdfFactory trial version www.pdffactory.com