Michael G. Woods, # 058683-0
William H. Littlewood, #202877
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone:  (559) 433-1300
Facsimile:  (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants
County of Fresno, Jerry Wengerd, and Frank A. Torrez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| DENNIS LEWIS,<br><br>            Plaintiff,<br><br>    v.<br><br>JERRY WENGERD; FRANK A. TORREZ; COUNTY OF FRESNO, CALIFORNIA; UNKNOWN AGENTS OF FRESNO COUNTY,<br><br>            Defendants. | Case No.  CIV-F-04-6303 OWW DLB<br><br>**STIPULATION AND ORDER RE: DISMISSAL WITH PREJUDICE; AND ORDER THEREON** |

IT IS STIPULATED BY AND BETWEEN THE PARTIES HERETO that Plaintiff's Complaint may be dismissed with prejudice as to Defendants Jerry Wengerd, Frank A. Torrez and County of Fresno.

Dated: February 27, 2007

/s/Kevin G. Little
Kevin G. Little
Attorney for Plaintiff Dennis Lewis

///

///

///

///

STIPULATION AND ORDER RE: DISMISSAL WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| ///Dated: March 13, 2007 | MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP |
| | /s/ Michael G. Woods |
| | Michael G. Woods |
| | Attorney for Defendants |
| | Jerry Wengerd, Frank A. Torrez and |
| | County of Fresno |

## ORDER

Based on the Stipulation of parties hereto, Plaintiff's Complaint is ordered dismissed with prejudice as to Defendants Jerry Wengerd, Frank A. Torrez and County of Fresno.

| | |
|---|---|
| Dated: March 19, 2007 | /s/ Oliver W. Wanger |
| | UNITED STATES DISTRICT JUDGE |

29253/00148-1059147.v1

PDF created with pdfFactory trial version www.pdffactory.com